# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**TODD CHRISTOPHER MORGAN,**

    Petitioner,

                                    **CASE NO.    3:11-cv-450**

**-vs-**

                                    **Judge Timothy S. Black**
                                    **Magistrate Judge Michael R. Merz**

**WARDEN, Chillicothe Correctional Institution,**

    Respondent.

---

## JUDGMENT IN A CIVIL CASE

---

**[ ] Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X] Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Reports and Recommendations of the United States Magistrate Judge (Docs 2, 4) are **ADOPTED** in their entirety; the Petitioner's Objections (Docs 3, 5) are **DENIED**; the Petitioner's Petition (Doc. 1) is **DISMISSED WITH PREJUDICE**; any request for a certificate of appealability under 28 U.S.C. § 2253(c) **DENIED**; any appeal would be **CERTIFIED** as objectively frivolous and any request for leave to file appeal *in forma pauperis* **DENIED**; and that the case is **TERMINATED**.

Date:   January 26, 2012                                    **JAMES BONINI, CLERK**

                                                              By: <u>s/ M. Rogers</u>
                                                              Deputy Clerk